JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 4 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1456

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

*County of Nassau v. Abbott Laboratories, Inc., et al.,* E.D. New York, C.A. No. 2:04-5126

### CONDITIONAL TRANSFER ORDER (CTO-19)

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 33 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 21 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## U.S. District Court
### Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:04-cv-05126-DRH-MLO

| | |
|---|---|
| County of Nassau v. Abbott Laboratories, Inc. et al | Date Filed: 11/24/2004 |
| Assigned to: Judge Denis R. Hurley | Jury Demand: Plaintiff |
| Referred to: Chief Magistrate Michael L. Orenstein | Nature of Suit: 470 Racketeer/Corrupt Organization |
| Related Case: 2:03-cv-00229-DRH-MLO | Jurisdiction: Federal Question |
| Cause: 18:1962 Racketeering (RICO) Act | |

**Plaintiff**

**County of Nassau**     represented by    **Melvyn I. Weiss**
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300
Fax: (212) 868-1229
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael M. Buchman**
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119-0165
212-594-5300
Fax: 212-868-1229
Email: mbuchman@milbergweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

**Agouron Pharmaceuticals, Inc.**

**Defendant**

**Amgen, Inc.**

**Defendant**

**Astrazeneca Pharmaceuticals, L.P.**

**Defendant**

**Astrazeneca U.S.**

**Defendant**

Aventis Behring

**Defendant**

Aventis Pharmaceuticals Inc.

**Defendant**

Barr Laboratories, Inc.

**Defendant**

Baxter International, Inc.

**Defendant**

Bayer AG

**Defendant**

Berlex Laboratories, Inc.

**Defendant**

Biogen, Inc.

**Defendant**

Boehringer Ingelheim Corp.

**Defendant**

Bristol-Myers Squibb Company

**Defendant**

Eli Lilly and Company

**Defendant**

Fujisawa Pharmaceutical Company, Ltd.

**Defendant**

Genentech, Inc.

**Defendant**

Genzyme Corp.

**Defendant**

Glaxo Wellcome, P.L.C.

**Defendant**

Glaxosmithkline, PLC

**Defendant**

Immunex Corporation

**Defendant**

Ivax Corporation

**Defendant**

Ivax Pharmaceuticals Inc.

**Defendant**

Janssen Pharmaceutical

**Defendant**

Johnson & Johnson

**Defendant**

Key Pharmaceuticals Inc.

**Defendant**

Medimmune, Inc.

**Defendant**

Merck & Co. Inc.

**Defendant**

Mylan Laboratories, Inc.

**Defendant**

Organon Inc., USA

**Defendant**

Novartis Pharmaceuticals Corporation

**Defendant**

Ortho Biotech

**Defendant**

Ortho McNeil Pharmaceuticals

**Defendant**

Pfizer Inc.

**Defendant**

Pharmacia Corporation

**Defendant**

Purdue Pharma L.P.

**Defendant**

Reliant Pharmaceuticals

**Defendant**

Sanofi-Synthelabo, Inc.

**Defendant**

Schering-Plough Corp.

**Defendant**

Serono, Inc.

**Defendant**

Smithklinebeecham P.L.C.

**Defendant**

Takeda Pharmaceuticals North America, Inc.

**Defendant**

TAP Pharmaceuticals

**Defendant**

Warrick Pharmaceuticals

**Defendant**

Wyeth

**Defendant**

Does 1-100

| Date Filed | # | Docket Text |
|---|---|---|
| 11/24/2004 | 1 | COMPLAINT against Astrazeneca Pharmaceuticals, L.P., Astrazeneca U.S., Aventis Behring, Aventis Pharmaceuticals Inc., Barr Laboratories, Inc., Baxter International, Inc., Bayer AG, Berlex Laboratories, Inc., Biogen, Inc., Boehringer Ingelheim Corp., Bristol-Myers Squibb Company, Eli Lilly and Company, Fujisawa Pharmaceutical Company, Ltd., Genentech, Inc., Genzyme Corp., Glaxo Wellcome, P.L.C., Glaxosmithkline, PLC, Immunex Corporation, Ivax Corporation, Ivax Pharmaceuticals Inc., Janssen Pharmaceutical, Johnson & Johnson, Key Pharmaceuticals Inc., Medimmune, Inc., Merck & Co. Inc., Mylan Laboratories, Inc., Organon Inc., USA, Novartis Pharmaceuticals Corporation, Ortho Biotech, Ortho McNeil Pharmaceuticals, Pfizer Inc., Pharmacia Corporation, Purdue Pharma L.P., Reliant Pharmaceuticals, Sanofi-Synthelabo, Inc., Schering-Plough Corp., Serono, Inc., Smithklinebeecham P.L.C., Takeda Pharmaceuticals North America, Inc., TAP Pharmaceuticals, Warrick Pharmaceuticals, Wyeth, Does 1-100, Abbott Laboratories, Inc., Agouron Pharmaceuticals, Inc., Amgen, Inc. filing fee $ 150, receipt number 302432, filed by County of Nassau. (Attachments: # 1 Complaint-Part 1# 2 Complaint-Part 2)(Duong, Susan) |

| | | |
|---|---|---|
| | | (Entered: 12/01/2004) |
| 11/24/2004 | | Summons Issued as to Astrazeneca Pharmaceuticals, L.P., Astrazeneca U.S., Aventis Behring, Aventis Pharmaceuticals Inc., Barr Laboratories, Inc., Baxter International, Inc., Bayer AG, Berlex Laboratories, Inc., Biogen, Inc., Boehringer Ingelheim Corp., Bristol-Myers Squibb Company, Eli Lilly and Company, Fujisawa Pharmaceutical Company, Ltd., Genentech, Inc., Genzyme Corp., Glaxo Wellcome, P.L.C., Glaxosmithkline, PLC, Immunex Corporation, Ivax Corporation, Ivax Pharmaceuticals Inc., Janssen Pharmaceutical, Johnson & Johnson, Key Pharmaceuticals Inc., Medimmune, Inc., Merck & Co. Inc., Mylan Laboratories, Inc., Organon Inc., USA, Novartis Pharmaceuticals Corporation, Ortho Biotech, Ortho McNeil Pharmaceuticals, Pfizer Inc., Pharmacia Corporation, Purdue Pharma L.P., Reliant Pharmaceuticals, Sanofi-Synthelabo, Inc., Schering-Plough Corp., Serono, Inc., Smithklinebeecham P.L.C., Takeda Pharmaceuticals North America, Inc., TAP Pharmaceuticals, Warrick Pharmaceuticals, Wyeth, Does 1-100, Abbott Laboratories, Inc., Agouron Pharmaceuticals, Inc., Amgen, Inc.. (Duong, Susan) (Entered: 12/01/2004) |
| 11/24/2004 | 2 | DISCLOSURE of Interested Parties by County of Nassau.(Duong, Susan) (Entered: 12/01/2004) |
| 11/24/2004 | 3 | Notice of Related Case Assignment (Duong, Susan) (Entered: 12/01/2004) |
| 12/01/2004 | | Case Ineligible for Arbitration(Bollbach, Jean) (Entered: 12/01/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/28/2005 09:19:51 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:04-cv-05126-DRH-MLO |
| Billable Pages: | 3 | Cost: | 0.24 |