## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COUNTY OF NASSAU,<br><br>     Plaintiff,<br><br>   v.<br><br>ABBOTT LABORATORIES, INC., AGOURON PHARMACEUTICALS, INC., AMGEN, INC., ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA U.S., AVENTIS BEHRING, AVENTIS PHARMACEUTICALS INC., BARR LABORATORIES, INC., BAXTER HEALTH CARE CORP., BAYER CORPORATION, BERLEX LABORATORIES, INC., BIOGEN, INC., BOEHRINGER INGELHEIM CORP., BRISTOL-MYERS SQUIBB COMPANY, CHIRON CORPORATION, ELI LILLY AND COMPANY, FUJISAWA HEALTH CARE, INC., GENENTECH, INC., GENZYME CORP., IMMUNEX CORPORATION, IVAX CORPORATION, IVAX PHARMACEUTICALS INC., JANSSEN PHARMACEUTICAL, JOHNSON & JOHNSON, KEY PHARMACEUTICALS, INC., MEDIMMUNE, INC., MERCK & CO., INC., MYLAN LABORATORIES, INC., ORGANON INC., USA, NOVARTIS PHARMACEUTICALS CORPORATION, ORTHO BIOTECH, ORTHO-MCNEIL PHARMACEUTICALS, PFIZER INC., PHARMACIA CORPORATION, PURDUE PHARMA, L.P., RELIANT PHARMACEUTICALS, SANOFI-SYNTHELAB, INC., SCHERING-PLOUGH CORP., SERONO, INC., SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAP PHARMACEUTICALS, WARRICK PHARMACEUTICALS, WYETH, and DOES 1-100<br><br>     Defendants. | Civil Action No. 05-10179-PBS<br><br>MDL No. 1456 |

**NOTICE OF APPEARANCE**

Please enter my appearance as Special Counsel for plaintiff, County of Nassau, in the above-captioned action.

Dated: March 17, 2005
Boston, Massachusetts

**MOULTON & GANS, P.C.**

/s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
Telephone: 617-369-7979
Facsimile: 617-369-7980

*Special Counsel for the
County of Nassau*

**CERTIFICATE OF SERVICE**

I, Michael Buchman, hereby certify that a true copy of the within document will be served upon the attorneys of record for each party on or about March 17, 2005 by service upon the registered agents.

/s/ Michael Buchman
Michael Buchman