**ORIGINAL**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE

District of **MASSACHUSETTS** 27 P 12: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

COUNTY OF NASSAU,

Plaintiff,

v.

(See attached Schedule A)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10179-PBS

MDL No. 1456

TO:   (Name and address of Defendant)
Aventis Behring L.L.C.
1020 First Avenue
King of Prussia, PA 19406

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael M. Buchman, Esq.
Milberg Weiss Bershad & Schulman LLP
1 Pennsylvania Plaza
New York, New York  10119-0165

an answer to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

3-18-05

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant.  Place where served: _____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

       Name of person with whom the summons and complaint were left: _____

☐    Returned unexecuted: _____

☐    Other (Specify): _____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                        Signature of Server

                                         _____
                                         Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Schedule A

Abbott Laboratories, Inc.
100 Abbott Park Road
Abbott Park, IL 60064-3502
Lake County

Agouron Pharmaceuticals Inc.
10350 North Torrey Pines Road, Suite 100
La Jolla, CA 92037
San Diego County

Amgen, Inc.
One Amgen Drive
Thousand Oaks, CA 91320
Ventura County

AstraZeneca U.S.
Astr&Zeneca Pharmaceuticals L.P.
1800 Concord Pike
Wilmington, DE 19897-0001
New Castle County

Aventis S.A.
Aventis Behring L.L.C.
1020 First Avenue
King of Prussia, PA 19406
Montgomery County

Aventis Pharmaceuticals Inc.
300-400 Somerset Corporate Boulevard
Bridgewater, NJ 08807-2855
Somerset County

Barr Laboratories, Inc.
2 Quaker Road, Box 2900
Pomona, NY 10970-0519
Rockland County

Baxter Health Care Corp.
One Baxter Parkway
Deerfield, IL 60015-4625
Lake County

Bayer Corporation
100 Bayer Road
Pittsburgh PA 15205-9707
Allegheny County

Berlex Laboratories, Inc.
300 Fairfield Road
Wayne, NJ 07470
Passaic County

Biogen, Inc.
14 Cambridge Center
Cambridge, MA 02142
Middlesex County

Boehringer Ingelheim Corp.
P.O. Box 368
900 Ridgebury Road
Ridgefield, CT 06877-0368
Fairfield County

Bristol-Myers Squibb Company
345 Park Avenue
New York, NY 10154-0001
New York County

Chiron Corporation
4560 Horton Street
Emeryville, CA 94608-2916
Alameda County

Eli Lilly and Company
Lilly Corporate Center
Indianapolis, IN 46285
Marion County

Forest Pharmaceuticals Inc.
13600 Shoreline Drive
St. Louis, MO 63045
Saint Louis County

Fujisawa Health Care, Inc.
Three Parkway North
Deerfield, IL, 60015
Lake County

Genentech, Inc.
One DNA Way
South San Francisco, CA 94080-4918
San Mateo County

Genzyme Corp.
500 Kendall Street
Cambridge, MA 02142
Middlesex County

SmithKline Beecham Corporation, d/b/a GlaxoSmithKline
One Franklin Plaza
Philadelphia, PA 19102
Philadelphia County
Delaware Corp.

Immunex Corporation
51 University Street
Seattle, WA 98101-2918
King County

Ivax Corp.
4400 Biscayne Blvd.
Miami, FL 33137
Miami-Dade County

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
Middlesex County

Janssen Pharmaceutical Products
1125 Trenton-Harbourton Road
Titusville, NJ 08560
Mercer County

Ortho-McNeil Pharmaceuticals, Inc.
1000 U.S. Route 202 South
Raritan, NJ 08869
Somerset County

Ortho Biotech Inc.
700 U.S. Highway 202
Raritan, NJ 08869
Somerset County

Key Pharmaceuticals, Inc.
1011 Morris Ave.
U-13-2 2900
Union, NJ 07083
Union County

MedImmune, Inc.
35 W. Watkins Mill Road
Gaithersburg, MD 20878
Montgomery County

Merck & Co., Inc.
One Merck Drive, P.O. Box 100
Whitehouse Station, NJ 08889-0100
Hunterdon County

Mylan Laboratories Inc.
1500 Corporate Drive
Suite 400
Canonsburg, PA 15317
Washington County

Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, NJ 07936-1016
Morris County

Organon Inc., USA
375, Mount Pleasant Avenue
West Orange, NJ 07052
Essex County

Pfizer, Inc.
235 East 42nd St.
New York, NY 10017-5703
New York County

Pharmacia Corp.
235 East 42nd St.
New York, NY 10017-5703
New York County

Purdue Pharma, L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3516

Fairfield County

Reliant Pharmaceuticals LLC
721 Route 202/206
South Bridgewater, NJ 08807
Somerset County

Sanof-Synthelabo, Inc.
One Wall Street
New York, NY 10286
New York County

Schering-Plough Corp.
2000 Galloping Hill Rd.
Kenilworth, NJ 07033-1310
Union County

Serono, Inc.
One Technology Place
Rockland, MA 02370
Plymouth County

Takeda Pharmaceuticals North America, Inc.
475 Half Day Road
Lincolnshire, IL 60069
Lake County

TAP Pharmaceutical Products, Inc.
675 North Field Drive
Lake Forest, IL  60045
Lake County

Warrick Pharmaceuticals Corp.
12125 Moya Boulevard
Reno, NV 89506-2600
Washoe County

Wyeth
Five Giralda Farms
Madison, NJ 07940-1027
Morris County

UNITED STATES
DISTRICT COURT
**District of Massachusetts**
**Case Number: 0510179-PBS**
**Eastern District of New York**
**Case Number: CV-045126**

**COUNTY OF NASSAU**

*Plaintiff*

vs.

**ABBOTT LABORATORIES INC. ; AGOURON PHARMACEUTICALS INC ; ET AL.**

*Defendant*

**Docket / Index # 0510179-PBS ; CV-045**

Person to be served:
*Aventis Pharmaceuticals* **at:** *Aventis Pharmaceuticals, 300-400 Somerset Corporation
Boulevard, Bridgewater, NJ 08807*

**AFFIDAVIT**

Attorney:

Cost of Service Pursuant to R. 4:4-3(c)

$_____

Papers Served:
SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET,
RULE 7.1 STATEMENT, SUMMONS IN A CIVIL CASE, AMENDED
COMPLAINT, CIVIL COVER SHEET

Service Data:

Served Successfully __X__  Not Served _____

**Date:** March 24, 2005  **Time:** 12:30 PM

**Attempts: 0**

_____  Delivered a copy to him / her personally

**Name of Person Served and
Relationship / Title:**

Sandra Stuckert, Legal Department
Representative

_____  Left a copy with a competent household member over 14
years of age residing therein.

__X__  Left a copy with a person authorized to accept service, e.g.
managing agent, registered agent, etc.

**Description of Person Accepting Service:**
Sex: Female  Age: 42  Height: 5' 8"  Weight: 160-170 lbs  Skin Color: Caucasian  Hair Color: Blonde

Unserved:
( )Defendant is unknown at the address furnished by the attorney
( )All reasonable inquiries suggest defendant moved to an undetermined address
( )No such street in municipality
( )No response on: _____ Date _____ Time
                   _____ Date _____ Time
( )Other _____ Comments or Remarks _____

Server Data:
Subscribed and Sworn to me this
__ __ day of _____ 2005

_____
Robert H. Stark, Notary Public of New Jersey
My Commission Expires March 14, 2008

Court Support Inc
181 Hillside Avenue
Williston Park, New York 11596

I, Frank Genua, was at the time of service a competent adult not
having a direct interest in the litigation. I declare under penalty of
perjury that the foregoing is true and correct.

_____
Frank Genua, Process Server

Job #10991
Affidavit of Service (9/30/02)