AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT

2005 APR 27  P 12: 34

District of **MASSACHUSETTS**

U.S. DISTRICT COURT
DISTRICT OF MASS.

**COUNTY OF NASSAU,**
                Plaintiff,

V.

**(See attached Schedule A)**
     TO:  (Name and address of Defendant)
          Forest Pharmaceuticals Inc.
          13600 Shoreline Drive
          St. Louis, MO 63045
          Saint Louis County

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10179-PBS

MDL No. 1456

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael M. Buchman, Esq.
Milberg Weiss Bershad & Schulman LLP
1 Pennsylvania Plaza
New York, New York 10119-0165

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

MAR 18 2005

CLERK

_Catherine M Gauth_ (signature)
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

_____

☐   Other (Specify): _____

_____

**STATEMENT OF SERVICE FEES**

| Travel | Services | Total |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    *Date*                                         *Signature of Server*

                                                    _____
                                                            *Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Schedule A

Abbott Laboratories, Inc.
100 Abbott Park Road
Abbott Park, IL 60064-3502
Lake County

Agouron Pharmaceuticals Inc.
10350 North Torrey Pines Road, Suite 100
La Jolla, CA 92037
San Diego County

Amgen, Inc.
One Amgen Drive
Thousand Oaks, CA 91320
Ventura County

AstraZeneca U.S.
Astr&Zeneca Pharmaceuticals L.P.
1800 Concord Pike
Wilmington, DE 19897-0001
New Castle County

Aventis S.A.
Aventis Behring L.L.C.
1020 First Avenue
King of Prussia, PA 19406
Montgomery County

Aventis Pharmaceuticals Inc.
300-400 Somerset Corporate Boulevard
Bridgewater, NJ 08807-2855
Somerset County

Barr Laboratories, Inc.
2 Quaker Road, Box 2900
Pomona, NY 10970-0519
Rockland County

Baxter Health Care Corp.
One Baxter Parkway
Deerfield, IL 60015-4625
Lake County

Bayer Corporation
100 Bayer Road
Pittsburgh PA 15205-9707
Allegheny County

Berlex Laboratories, Inc.
300 Fairfield Road
Wayne, NJ 07470
Passaic County

Biogen, Inc.
14 Cambridge Center
Cambridge, MA 02142
Middlesex County

Boehringer Ingelheim Corp.
P.O. Box 368
900 Ridgebury Road
Ridgefield, CT 06877-0368
Fairfield County

Bristol-Myers Squibb Company
345 Park Avenue
New York, NY 10154-0001
New York County

Chiron Corporation
4560 Horton Street
Emeryville, CA 94608-2916
Alameda County

Eli Lilly and Company
Lilly Corporate Center
Indianapolis, IN 46285
Marion County

Forest Pharmaceuticals Inc.
13600 Shoreline Drive
St. Louis, MO 63045
Saint Louis County

Fujisawa Health Care, Inc.
Three Parkway North
Deerfield, IL, 60015
Lake County

Genentech, Inc.
One DNA Way
South San Francisco, CA 94080-4918
San Mateo County

Genzyme Corp.
500 Kendall Street
Cambridge, MA 02142
Middlesex County

SmithKline Beecham Corporation, d/b/a GlaxoSmithKline
One Franklin Plaza
Philadelphia, PA 19102
Philadelphia County
Delaware Corp.

Immunex Corporation
51 University Street
Seattle, WA 98101-2918
King County

Ivax Corp.
4400 Biscayne Blvd.
Miami, FL 33137
Miami-Dade County

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
Middlesex County

Janssen Pharmaceutical Products
1125 Trenton-Harbourton Road
Titusville, NJ 08560
Mercer County

Ortho-McNeil Pharmaceuticals, Inc.
1000 U.S. Route 202 South
Raritan, NJ 08869
Somerset County

Ortho Biotech Inc.
700 U.S. Highway 202
Raritan, NJ 08869
Somerset County

Key Pharmaceuticals, Inc.
1011 Morris Ave.
U-13-2 2900
Union, NJ 07083
Union County

MedImmune, Inc.
35 W. Watkins Mill Road
Gaithersburg, MD 20878
Montgomery County

Merck & Co., Inc.
One Merck Drive, P.O. Box 100
Whitehouse Station, NJ 08889-0100
Hunterdon County

Mylan Laboratories Inc.
1500 Corporate Drive
Suite 400
Canonsburg, PA 15317
Washington County

Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, NJ 07936-1016
Morris County

Organon Inc., USA
375, Mount Pleasant Avenue
West Orange, NJ 07052
Essex County

Pfizer, Inc.
235 East 42nd St.
New York, NY 10017-5703
New York County

Pharmacia Corp.
235 East 42nd St.
New York, NY 10017-5703
New York County

Purdue Pharma, L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3516

Fairfield County

Reliant Pharmaceuticals LLC
721 Route 202/206
South Bridgewater, NJ 08807
Somerset County

Sanof-Synthelabo, Inc.
One Wall Street
New York, NY 10286
New York County

Schering-Plough Corp.
2000 Galloping Hill Rd.
Kenilworth, NJ 07033-1310
Union County

Serono, Inc.
One Technology Place
Rockland, MA 02370
Plymouth County

Takeda Pharmaceuticals North America, Inc.
475 Half Day Road
Lincolnshire, IL 60069
Lake County

TAP Pharmaceutical Products, Inc.
675 North Field Drive
Lake Forest, IL 60045
Lake County

Warrick Pharmaceuticals Corp.
12125 Moya Boulevard
Reno, NV 89506-2600
Washoe County

Wyeth
Five Giralda Farms
Madison, NJ 07940-1027
Morris County

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS District of MASSACHUSETTS

Case Number: 05-10179-PBS

Plaintiff:
**COUNTY OF NASSAU**

vs.

Defendant:
**FOREST PHARMACEUTICALS, INC., ET AL**

For:
Tina
Court Support, Inc.
181 Hillside Ave.
Williston Park, NY 11596

Received by CHASE & TRACE, INC. on the 23rd day of March, 2005 at 8:22 am to be served on **FOREST PHARMACEUTICALS, INC. c/o United State Corporation Co. 221 Bolivar St. Jefferson City, Mo,.**

I, Rufus R. Harmon, being duly sworn, depose and say that on the **23rd day of March, 2005 at 12:40 pm, I:**

Served the within named corporation by delivering a true copy of the **Summons and Compliant, Jury Trail Demanded, Civil Cover Sheet, Rule 7.1 Statement, Summons in a Civil Case, Amended Compalint, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to Kathy Carr as **REGISTERED AGENT** of the within named corporation and informing said person of the contents thereof.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 140, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, competent, have no interest nor will benefit in the above action, and in good standing in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 24th day of March, 2005 by the affiant who is personally known to me.

_Barbara Nichols_
NOTARY PUBLIC

"NOTARY SEAL"
Barbara Nichols, Notary Public
Cole County, State of Missouri
My Commission Expires 10/29/2006

Rufus R. Harmon
Process Server

CHASE & TRACE, INC.
D/B/A Harmon Legal Process Service
P.O. Box 1794
Jefferson City, MO 65102-1794
(573) 635-6690
Our Job Serial Number: 2005000353

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3-23-05 |
| NAME OF SERVER (PRINT) Rufus R. Harmon | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned: _____

☒ Other (specify): Served Kathy Carr Agent of United States Corporation Co. registered Agent for Forest Pharmaceuticals Inc. at her office of 221 Bolivar St. 3rd Fl. Jefferson City, Mo.

**STATEMENT OF SERVICE FEES**

| Travel | Services | Total |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-23-05
Date

Signature of Server: Rufus R. Harmon

P.O. Box 1714 Jefferson City, Mo.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.