AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 APR 27  P 12: 35
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| COUNTY OF NASSAU, <br>                   Plaintiff, | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: 05-10179-PBS |
| (See attached Schedule A) | MDL No. 1456 |

TO:    (Name and address of Defendant)
SmithKline Beecham Corporation, d/b/a
GlaxoSmithKline
One Franklin Plaza
Philadelphia, PA 19102
Philadelphia County
Delaware Corp.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael M. Buchman, Esq.
Milberg Weiss Bershad & Schulman LLP
1 Pennsylvania Plaza
New York, New York  10119-0165

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                        MAR 1 8 2005

CLERK                                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (Specify): _____

**STATEMENT OF SERVICE FEES**

| Travel | Services | Total |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date

                                    _____
                                    Signature of Server

                                    _____
                                    Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Schedule A

Abbott Laboratories, Inc.
100 Abbott Park Road
Abbott Park, IL 60064-3502
Lake County

Agouron Pharmaceuticals Inc.
10350 North Torrey Pines Road, Suite 100
La Jolla, CA 92037
San Diego County

Amgen, Inc.
One Amgen Drive
Thousand Oaks, CA 91320
Ventura County

AstraZeneca U.S.
Astr&Zeneca Pharmaceuticals L.P.
1800 Concord Pike
Wilmington, DE 19897-0001
New Castle County

Aventis S.A.
Aventis Behring L.L.C.
1020 First Avenue
King of Prussia, PA 19406
Montgomery County

Aventis Pharmaceuticals Inc.
300-400 Somerset Corporate Boulevard
Bridgewater, NJ 08807-2855
Somerset County

Barr Laboratories, Inc.
2 Quaker Road, Box 2900
Pomona, NY 10970-0519
Rockland County

Baxter Health Care Corp.
One Baxter Parkway
Deerfield, IL 60015-4625
Lake County

Bayer Corporation
100 Bayer Road
Pittsburgh PA 15205-9707
Allegheny County

Berlex Laboratories, Inc.
300 Fairfield Road
Wayne, NJ 07470
Passaic County

Biogen, Inc.
14 Cambridge Center
Cambridge, MA 02142
Middlesex County

Boehringer Ingelheim Corp.
P.O. Box 368
900 Ridgebury Road
Ridgefield, CT 06877-0368
Fairfield County

Bristol-Myers Squibb Company
345 Park Avenue
New York, NY 10154-0001
New York County

Chiron Corporation
4560 Horton Street
Emeryville, CA 94608-2916
Alameda County

Eli Lilly and Company
Lilly Corporate Center
Indianapolis, IN 46285
Marion County

Forest Pharmaceuticals Inc.
13600 Shoreline Drive
St. Louis, MO 63045
Saint Louis County

Fujisawa Health Care, Inc.
Three Parkway North
Deerfield, IL, 60015
Lake County

Genentech, Inc.
One DNA Way
South San Francisco, CA 94080-4918
San Mateo County

Genzyme Corp.
500 Kendall Street
Cambridge, MA 02142
Middlesex County

SmithKline Beecham Corporation, d/b/a GlaxoSmithKline
One Franklin Plaza
Philadelphia, PA 19102
Philadelphia County
Delaware Corp.

Immunex Corporation
51 University Street
Seattle, WA 98101-2918
King County

Ivax Corp.
4400 Biscayne Blvd.
Miami, FL 33137
Miami-Dade County

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
Middlesex County

Janssen Pharmaceutical Products
1125 Trenton-Harbourton Road
Titusville, NJ 08560
Mercer County

Ortho-McNeil Pharmaceuticals, Inc.
1000 U.S. Route 202 South
Raritan, NJ 08869
Somerset County

Ortho Biotech Inc.
700 U.S. Highway 202
Raritan, NJ 08869
Somerset County

Key Pharmaceuticals, Inc.
1011 Morris Ave.
U-13-2 2900
Union, NJ 07083
Union County

MedImmune, Inc.
35 W. Watkins Mill Road
Gaithersburg, MD 20878
Montgomery County

Merck & Co., Inc.
One Merck Drive, P.O. Box 100
Whitehouse Station, NJ 08889-0100
Hunterdon County

Mylan Laboratories Inc.
1500 Corporate Drive
Suite 400
Canonsburg, PA 15317
Washington County

Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, NJ 07936-1016
Morris County

Organon Inc., USA
375, Mount Pleasant Avenue
West Orange, NJ 07052
Essex County

Pfizer, Inc.
235 East 42nd St.
New York, NY 10017-5703
New York County

Pharmacia Corp.
235 East 42nd St.
New York, NY 10017-5703
New York County

Purdue Pharma, L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3516

Fairfield County

Reliant Pharmaceuticals LLC
721 Route 202/206
South Bridgewater, NJ 08807
Somerset County

Sanof-Synthelabo, Inc.
One Wall Street
New York, NY 10286
New York County

Schering-Plough Corp.
2000 Galloping Hill Rd.
Kenilworth, NJ 07033-1310
Union County

Serono, Inc.
One Technology Place
Rockland, MA 02370
Plymouth County

Takeda Pharmaceuticals North America, Inc.
475 Half Day Road
Lincolnshire, IL 60069
Lake County

TAP Pharmaceutical Products, Inc.
675 North Field Drive
Lake Forest, IL 60045
Lake County

Warrick Pharmaceuticals Corp.
12125 Moya Boulevard
Reno, NV 89506-2600
Washoe County

Wyeth
Five Giralda Farms
Madison, NJ 07940-1027
Morris County



B&R Services for Professionals Inc.
335 SOUTH 4TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169





National Association of Professional Process Servers

Philadelphia Association of Professional Process Servers

| | | |
|---|---|---|
| County of Nassau | : | **COURT** United States District Court |
| -vs- | : | **COUNTY** |
| SmithKline Beecham Corporation, d/b/a et al | : | **CASE NUMBER** 05-10179-PBS |

## AFFIDAVIT OF SERVICE

**COMMONWEALTH OF PENNSYLVANIA:**
**COUNTY OF PHILADELPHIA:**

B&R Control #   PS002963 - 1
Reference Number   2005001153

Jeffrey Blum, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On March 23, 2005 we received the SUMMONS IN A CIVIL CASE / COMPLAINT / CIVIL COVER SHEET / RULE 7.1 STATEMENT / SUMMONS IN A CIVIL CASE / AMENDED COMPLAINT / CIVIL COVER SHEET, and that service was effected upon   SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE at One Franklin Plaza Philadelphia PA 19102, on the 23 DAY OF MARCH, 2005 at 2:15PM, in the manner described below:

By service upon JEAN SHERWOOD, as agent or person in charge of office or usual place of business.

**Description**

Age 50-55Yr   Height 5"7"-5'9"   Weight 141-160 L   Race White   Sex F   Hair Brown
Other   Glasses

Sworn to and subscribed before me this

_____ day of _____

Process Server/Sheriff

Notary Public

---

**Law Firm**   Phone   (516)742-7455

*
Court Support, Inc.
181 Hillside Avenue
Williston Park, NY 11596
Identification #

BR Serve By   3/24/2005
Filed Date   3/18/2005

**CLIENT COPY**                                                         Proces

### Notice re Service of Process

The only entity for which service can be accepted at this location is **SmithKline Beecham Corporation (or SmithKline Beecham Corporation d/b/a GlaxoSmithKline)**. If you are attempting to serve papers on any other entity, no one at this location is authorized to accept such service, and any attempted service will be invalid. If you wish, you may leave an information copy of such other papers at this location, but such action will not constitute service of process nor will it constitute waiver of any claim of defective service.

Case Jurisdiction: USDC, ED NY
Case Number: CV 04-5126
Case Name: Co. of Nassau v. Abbott, et al

Signature of Person Serving Process: *[signature]*

Printed Name of Person Serving Process: Jeff Blum

Date: 02/23/05

Signature of DR&P Member: *[signature]* Sherwood

Comments: receipt for SmithKline Beecham Corp only

**Server Copy**

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>March 23, 2005 |
| NAME OF SERVER (PRINT)<br>Jeffrey Blum | TITLE<br>Process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned: _____

☐ Other (specify): <u>Jean Sherwood accepted for SmithKline Beecham Corporation d/b/a GlaxoSmithKline at One Franklin Plaza Philadelphia</u> PA 19102

**STATEMENT OF SERVICE FEES**

| Travel | Services | Total |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>March 24, 2005</u>      *(signature)*
          Date                                    Signature of Server

                                        235 S. 13th St Philadelphia
                                        Address of Server
                                                PA 19107

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.