UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : <br> : <br> : MDL No. 1456 <br> : |
| THIS DOCUMENT RELATES TO: <br><br> *COUNTY OF NASSAU v. ABBOTT LABORATORIES, INC., et al.* <br><br> E.D.N.Y. Case No. 04-CV-5126 | : Civil Action No. 05-10179-PBS <br> : <br> : Judge Patti D. Saris <br> : <br> : <br> : <br> : |

## PLAINTIFF'S NOTICE OF FILING WITH CLERK'S OFFICE OF DOCUMENTS UNDER SEAL

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court UNDER SEAL and are available in paper form only:

1.  Second Amended Complaint.

The original document is maintained in the Clerk's Office UNDER SEAL.

Dated: January 6, 2006
New York, New York

                                      LORNA B. GOODMAN,
                                      Nassau County Attorney, by

                                      **MOULTON & GANS, P.C.**

By:  /s/ Nancy Freeman Gans
       Nancy Freeman Gans, BBO # 184540
       33 Broad Street, Suite 1100
       Boston, Massachusetts 02109-4216
       Telephone: 617-369-7979
       Facsimile: 617-369-7980

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Melvyn I. Weiss
Michael M. Buchman
Ryan G. Kriger
One Pennsylvania Plaza
New York, New York 10119-0165
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

*Special Counsel for the
County of Nassau*

**CERTIFICATE OF SERVICE**

    I, Ryan G. Kriger, hereby certify that I served a copy of the foregoing document upon counsel for all parties this 6th day of January, 2006.

                                  /s/ Ryan G. Kriger
                                  Ryan G. Kriger